UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LINDA FLINT EDGE,
       Plaintiff,

v.

NORFOLK FINANCIAL CORPORATION
and DANIEL W. GOLDSTONE,
       Defendants.

CIVIL ACTION NO. 04-12134 DPW

### AFFIDAVIT OF JOHN J. O'CONNOR

I, John J. O'Connor, hereby depose under oath and state as follows:

1. I am an attorney in good standing admitted to practice before the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the defendants Norfolk Financial Corporation and Daniel Goldstone.

2. Attached to this Affidavit as Exhibit A are true and accurate copies of documents from the file maintained by the Boston Municipal Court with regard to Civil Action No. 03-SC-7531, including the Court's docket, a Statement of Claim and Notice of Trial, an Agreement for Judgment, and a certified mail receipt.

3. Attached to this Affidavit as Exhibit B is a true and accurate copy of the execution issued by the Boston Municipal Court.

Signed and sworn under the pains and penalties of perjury this 23rd day of November, 2004.

_____
John J. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Affidavit by first class mail on the following:

> Yvonne W. Rosmarin, Esq.
> 58 Medford Street
> Arlington, MA  02474

Dated: November 23, 2004

_____
John J. O'Connor

PABOS2:JOCONNO:601997_1