# SMALL CLAIMS DOCKET

**Trial Court of Massachusetts
Small Claims Session**

DOCKET NO. 0301SC7532

| PLAINTIFF (LAST NAME) | Norfolk Finance Corp. | VS. DEFENDANT (LAST NAME) | LINDA M FLINT |
|---|---|---|---|

NAME AND ADDRESS OF COURT:
BOSTON MUNICIPAL COURT
90 Devonshire Street, Rm.1120
BOSTON, MA 02109

**DATE OF CLAIM:** 11-24-03
**DATE CERTIFIED AND FIRST CLASS TRIAL NOTICE SENT:** 11-26-03
**RETURN DATE:** 1-8-04
**FEES PAID:** 40.00

**PLAINTIFF:**
Norfolk Financial Corp.
1208 VFW Parkway, Suite 201
Boston, MA 02132

**DEFENDANT:**
LINDA M FLINT
18 MOUNT EVERETT ST # 1
BOSTON MA 021252436

**PLAINTIFF'S ATTORNEY:** Daniel W. Goldstone, Esq.
**DEFENDANT'S ATTORNEY:**

| DATE | PROCEEDINGS | DATE | PROCEEDINGS |
|---|---|---|---|
| | CERTIFIED TRIAL NOTICE RETURNED ☒ DELIVERED ☐ UNDELIVERED | | NOTICE OF JUDGMENT MAILED TO PARTIES |
| | FIRST CLASS TRIAL NOTICE RETURNED UNDELIVERED | | DEFENDANT APPEALED |
| | OFFICER SERVICE ISSUED RETURNABLE ON: | | NOTICE TO SHOW CAUSE ISSUED RETURNABLE ON: |
| | OFFICER SERVICE RETURNED ☐ SERVED ☐ UNSERVED | | NOTICE TO SHOW CAUSE RETURNED ☐ SERVED ☐ UNSERVED |
| | ANSWER FILED | | CAPIAS ISSUED |
| | COUNTERCLAIM FILED | | |
| 1/8/04 | HEARING DATE B/P agreement filed $1,080.99 on or before 3/1/04 to settle IN full. | | |
| | JUDGMENT ENTERED | | |
| | DEFENDANT DEFAULTED; JUDGMENT ENTERED | | |
| | PLAINTIFF FAILED TO APPEAR; CASE DISMISSED | 1/30/04 | EXECUTION ISSUED |
| | 30 DAY PAYMENT ORDER ENTERED | | JUDGMENT SATISFIED |

## ORDER FOR JUDGEMENT AND PAYMENT

JUDGMENT FOR ☐ PLAINTIFF ☐ DEFENDANT
☐ BY DEFAULT ☐ AFTER HEARING ☐ BY AGREEMENT

FOR $1,664.70 DAMAGES
$40.00 COSTS
$1,704.70 JUDGMENT TOTAL

PAYMENT ORDERED AS FOLLOWS: B/P agreement of $1,080.99 to settle by 3/1/04.

Exon Issued 1/30/04 on original Judgment of $1,664.70 + 40.00 Court Costs.

JUDGE: _____  ASST. CLERK: _____

**PART 1**

☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT BOSTON MUNICIPAL COURT Division | ☐ HOUSING COURT _____ Division

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE

NORFOLK FINANCIAL CORP.,
ASSIGNEE OF PROVIDIAN
1208 VFW Parkway, #201
West Roxbury, MA 02132
PHONE NO: 617-323-1533

PLAINTIFF'S ATTORNEY (if any)
Name: Daniel W. Goldstone, Esq.
BBO #551753
Address:
[File #03009352]
PHONE NO:

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE

LINDA M FLINT
18 MOUNT EVERETT ST # 1
BOSTON MA 021252436
617/436-1215

ADDITIONAL DEFENDANT (if any)
Name:
Address:
PHONE NO:

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $ $1,664.70 plus $ 40.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

The defendant(s) (ss#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) named hereinabove is/are indebted to the plaintiff on account of moneys lent/credit extended for the purchase of goods and/or services in connection with former PROVIDIAN account #5542852000570646. The amount owed may include interest, costs and fees (all as provided for in the subject credit agreement) since October 17, 2000.

The plaintiff agrees to forego assessment of damages by waiving pre-trial attorneys' fees.

SIGNATURE OF PLAINTIFF X _____    DATE 10/21/03

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF    DATE 10/21/03

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE / CHIEF JUSTICE
CHARLES JOHNSON    CLERK-MAGISTRATE OR DESIGNEE
KEVIN F. CALLAHAN, ASST.

NAME AND ADDRESS OF COURT
Boston Municipal Court
Small Claims Department
90 Devonshire St.
Boston, Ma. 02109

DATE AND TIME OF TRIAL
1-8-04 AT 2:00 P.M.
DATE    TIME
ROOM NO. COURTROOM # 17

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED ▼

◄ COURT USE ONLY ▼

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCION.

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH - BOSTON MUNICIPAL COURT
SMALL CLAIMS DIVISION

Suffolk, ss                                                S.C.# 03 SC 7531

# AGREEMENT FOR JUDGMENT

Norfolk Financial Corp _____ PLAINTIFF

Linda M Flint _____ DEFENDANT

It is hereby agreed that the following entry may be made in the above entitled action:

Judgment for Norfolk Financial Corp

_____ in the sum of

1,664.70 dollars, with 40 costs, and further entry of

judgment satisfied.. The defendant Linda M Flint agrees to pay the plaintiff

$ _____ a month/week/every 2 weeks/other _____ beginning _____

$1,080.99 on or before March 1, 2004
to settle in full

ALL PARTIES WAIVE NOTICE UNDER RULE 77.

SIGNED _____                                              SIGNED Linda Flint

Brian J. Swanson                                          Linda Flint
Please Print        Atty for Plff                         Please Print        Atty for Deft

_____                                     18 MT Everett St #1
        Address                                                   Address

                                                          Dor, MA 02125

DATED: _____ SIGNATURE _____

