# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CIVIL DIVISION

## EXECUTION

Suffolk, ss.

No.   03-SC-7531

*To the Sheriffs of our several Counties or their Deputies, or (subject to the limitations G.L. c.41, ss. 92) any Constable of any City or Town within our said County,*

GREETING:

WHEREAS the Plaintiff   **Norfolk Financial Corp, located in West Roxbury, MA**

the defendant   **Linda M. Flint, located in Boston, MA**   recovered judgment against

Date of Judgment:   **January 8, 2004**

for the sum of

| | | |
|---|---|---|
| Damages | $ | 1,664.20 |
| Costs | | 40.00 |
| TOTAL | $ | 1,704.20 |

03009352

X103

WE COMMAND you, therefore of the goods, chattels, or lands of the said judgment debtor, within your precincts, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, the aforesaid sums, with interest thereon from the day of the rendition of said judgment, and thereof also to satisfy yourself for your own fees.

Hereof fail not, and make return of this writ with your doings thereon unto the Clerk/Magistrate's office of this Court at Boston within our County of Suffolk, within twenty years after date of this judgment or within ten days after this writ has been satisfied or discharged.

Witness, CHARLES R. JOHNSON, Esquire, at Boston

Date of Issue:   **January 29, 2004**

_____
Assistant Clerk/ Magistrate

ATTORNEY FOR PLAINTIFF:
*Daniel W. Goldstone, Esq.*
*Goldstone & Sudalter, P.C.*
*1208 VFW Parkway, #201*
*West Roxbury, MA.   02132*

EXECUTION B swf

MT