AC   Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _Massachusetts_____

LINDA FLINT EDGE,
    Plaintiff

V.

NORFOLK FINANCIAL CORPORATION
and DANIEL W. GOLDSTONE,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-12134 DPW**

TO: (Name and address of defendant)

NORFOLK FINANCIAL CORPORATION
1208 VFW Parkway
Boston, MA 02132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 5, 2004
I hereby certify and return that on 11/3/2004 at 2:40PM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to S.Tangway, agent in charge at time of service, for Norfolk Financial Corporation, at , 1208 VFW Parkway, Boston, MA 02132. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

*Deputy Sheriff*

Deputy Sheriff  Michael Finn

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                    Signature of Server

                                 _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.