IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA FLINT EDGE,        )
    Plaintiff,        )
                      )
v.        )        No.   04-12134 DPW
                      )
NORFOLK FINANCIAL CORPORATION        )
and DANIEL W. GOLDSTONE,        )
    Defendants.        )

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS OR, ALTERNATIVELY FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests that the Court permit her to file her Opposition to Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment on December 23, 2004. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's opposition to Defendants' motion is currently due on December 22, 2004

2. Plaintiff's counsel has been ill since December 17, 2004.

3. Although Plaintiff's opposition to Defendants' motion was finished on December 22, 2004, Plaintiff's counsel could find no courier who could guarantee its delivery from Plaintiff's counsel's office in Arlington to the Clerk's office in time to file it on December 22, due to holiday traffic.

4. Defendants have assented to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time for filing her opposition to Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment and permit her to file it on December 23, 2004.

Respectfully submitted,
Attorney for the Plaintiff

_____
Yvonne W. Rosmarin  BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(a)(2), plaintiff's counsel conferred with defendants' counsel on December 22, 2004, who assented to this motion.

_____
Yvonne W. Rosmarin

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by First Class United States mail on _Dec. 23, 2004_.

_____
Yvonne W. Rosmarin

2