IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　)<br>NORFOLK FINANCIAL CORPORATION )<br>and DANIEL W. GOLDSTONE, )<br>　　　　Defendants. ) | No.   04-12134 DPW |

**PLAINTIFF'S L. R. 56.1 STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE EXISTS A GENUINE ISSUE**

Pursuant to Local Rule 56.1, plaintiff, Linda Flint Edge, submits this Statement of Material Facts as to Which There Exists a Genuine Issue to be tried in opposition to Defendants' Motion for Summary Judgment. Plaintiff asserts that there are genuine issues to be tried as to whether:

1.　　Norfolk filed suit on the Providian account involved herein on October 21, 2004. (O'Connor Aff. ¶ 2).[1]

2.　　Plaintiff raised no issue as to her obligation and indebtedness as alleged by Norfolk. (Edge Aff. ¶ 3)

3.　　There was a hearing in small claims court on January 8, 2004 on Norfolk's case against Plaintiff. *Id.*

4.　　On March 1, 2004 Plaintiff called Norfolk, said she could not pay the agreed settlement on schedule, and would pay $40.00 monthly toward retirement of the judgment. (Edge Aff. ¶ 4)

5.　　Plaintiff disputes the debt in her Complaint.

---

　　[1]　　The small claims court records submitted by Defendants show that Defendants filed suit on November 24, 2003.

Respectfully submitted
Attorney for the Plaintiff

_____
Yvonne W. Rosmarin  BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

2