IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA FLINT EDGE, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK FINANCIAL CORPORATION )<br>and DANIEL W. GOLDSTONE, )<br>Defendants. ) | | No.   04-12134  DPW |

## PLAINTIFF'S MOTION TO RESET DATE FOR SCHEDULING CONFERENCE

Plaintiff respectfully requests that the Court reset the date for the Initial Scheduling Conference in this case. In support of this Motion, Plaintiff states as follows:

1. On January 28, 2005, Plaintiff's counsel first learned of the Scheduling Conference set for February 10, 2005 through electronic notice that had, apparently, previously been returned to the Court without delivery.

2. On February 1, 2005, Plaintiff's counsel learned that she needed unexpected, urgent surgery on her hand, which had to be scheduled on February 7, 2005.

3. The surgery will leave Plaintiff's counsel unable to write, easily use a computer keyboard and drive for up to ten days and possibly longer.

4. Neither party will be prejudiced by resetting the date for the Initial Scheduling Conference to March 24, 2005.

5. Defendants have assented to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court reset the date for the Initial Scheduling Conference in this case to March 24, 2005.

Respectfully submitted,
Attorney for the Plaintiff

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin  BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)

I, Yvonne W. Rosmarin, certify that pursuant to Local Rule 7.1(A)(2), counsel for the plaintiff and counsel for the defendants have conferred in good faith prior to the filing of this motion and Defendant has assented to this motion.

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by filing the motion electronically.

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin

## **JURY DEMAND**

Plaintiff demands trial by jury.

_____
Yvonne W. Rosmarin
