UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

LINDA FLINT EDGE,

    Plaintiff,

v.

NORFOLK FINANCIAL CORPORATION
and DANIEL W. GOLDSTONE,

    Defendants.

CIVIL ACTION NO. 04-12134 DPW

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We certify and attest that we have conferred concerning the costs of this litigation, responsibility for those costs, and the resolution of the litigation through the use of alternative dispute resolution programs.

                              NORFOLK FINANCIAL CORPORATION
                              and DANIEL W. GOLDSTONE

                              By: _____
                              Daniel W. Goldstone

_____
John J. O'Connor
BBO # 555251
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: February 11, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Affidavit by first class mail on the following:

> Yvonne W. Rosmarin, Esq.
> 58 Medford Street
> Arlington, MA 02474

Dated: February 11, 2005

_____
John J. O'Connor

606976_1
13906-90990