UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LINDA FLINT EDGE,
    Plaintiff,

v.

NORFOLK FINANCIAL CORPORATION
and DANIEL W. GOLDSTONE,
    Defendants.

CIVIL ACTION NO. 04-12134 DPW

FILED IN CLERKS OFFICE
2005 FEB 14 P 3:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANTS' INITIAL AUTOMATIC DISCLOSURE

The defendants Norfolk Financial Corporation and Daniel Goldstone submit this Disclosure Statement pursuant to Fed. R. Civ. P. 26(a)(1). This disclosure is based on information currently known to the defendants.

The defendants reserve the right to supplement this disclosure as provided for by Fed. R. Civ. P. 26(e).

1.    26(a)(1)(A):

The following individuals are likely to have discoverable information that the defendants may use to support their claims. In identifying the following individuals, the defendants do not intend to waive any otherwise applicable privileges or the right later to designate additional names.

- Daniel W. Goldstone
  Norfolk Financial Corporation
  1208 VFW Parkway, Suite 201
  West Roxbury, MA 02132

- Linda Flint Edge
  18 Mount Everett Street, #1
  Boston, MA 02125

2. <u>26a(1)(B)</u>:

The defendants and/or their counsel have records relating to the plaintiff that the defendants may use to support their claims or defenses. The defendants have provided copies of these materials to plaintiff's counsel as exhibits to the defendants' pending motion.

3. <u>26a(1)(C)</u>:

The defendants are not claiming any damages at this time.

4. <u>26a(1)(D)</u>:

The defendants have no insurance for purposes of this action.

NORFOLK FINANCIAL CORPORATION and
DANIEL W. GOLDSTONE

By their attorney,

_____
John J. O'Connor
BBO # 555251
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: February 11, 2005.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Affidavit by first class mail on the following:

> Yvonne W. Rosmarin, Esq.
> 58 Medford Street
> Arlington, MA 02474

Dated: February 11, 2005.

_____
John J. O'Connor

606975_1
13906-90990