IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA FLINT EDGE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  04-12134 DPW |
| | ) | |
| NORFOLK FINANCIAL CORPORATION | ) | |
| and DANIEL W. GOLDSTONE, | ) | |
|     Defendants. | ) | |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff, Linda Flint Edge, and her attorney, Yvonne W. Rosmarin, hereby certify that we have conferred

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Yvonne W. Rosmarin

_____
Linda Flint Edge