**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

FILED
CLERKS OFFICE

2005 APR 11 P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA   PROVIDENCE, RI

JOHN J. O'CONNOR
[617] 951-2077
joconnor@peabodyarnold.com

April 8, 2005

Yvonne W. Rosmarin, Esq.
58 Medford Street
Arlington, MA  02474

Re:  Edge v. Norfolk Financial Corp.
     Civil Action No. 04-12134 DPW

Dear Yvonne:

Regarding your April 6 letter, when you told me that you were going to bring the Supreme Court's recent Rooker-Feldman decision to the court's attention, you did not tell me that you were going to do it by way of an ex parte letter directly to the judge. In the future, I would appreciate it if you would communicate with the court in the customary fashion -- by motion or at hearings scheduled after notice to all parties.

Very truly yours,

John J. O'Connor

JJO/dg
612157

cc:  Office of the Civil Clerk