UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE,<br><br>   Plaintiff,<br><br>v.<br><br>NORFOLK FINANCIAL CORPORATION<br>and DANIEL W. GOLDSTONE,<br>   Defendants. | CIVIL ACTION NO. 04-12134 DPW |

### DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, the defendants agree to the entry of judgment against them in the amount of $1,000.00 (inclusive of all interests and costs) plus a reasonable attorneys' fee to be determined by the Court. This offer is without admission of liability, waiver, or prejudice.

           NORFOLK FINANCIAL CORPORATION and
           DANIEL W. GOLDSTONE

           By their attorney,

           */s/ John J. O'Connor*
           John J. O'Connor
           BBO # 555251
           PEABODY & ARNOLD LLP
           30 Rowes Wharf
           Boston, MA 02110
           (617) 951-2100

Dated: May 10, 2005.

I hereby certify that on this 10TH day of MAY, 2004, I served the foregoing document by causing a copy of same to be ~~mailed, postage prepaid,~~ hand-delivered to all counsel of record.

*/s/ John J. O'Connor*
JOHN J. O'CONNOR