IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE,            ) | |
|     Plaintiff,            ) | |
|                            ) | |
|     v.                    ) | No.   04-12134  DPW |
|                            ) | |
| NORFOLK FINANCIAL CORPORATION ) | |
| and DANIEL W. GOLDSTONE,      ) | |
|     Defendants.           ) | |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Linda Flint Edge, by her attorney, pursuant to Fed. R. Civ. P. 68, hereby accepts Defendants', Norfolk Financial Corporation's and Daniel W. Goldstone's, Offer of Judgment dated May 10, 2005, on all claims contained in her Complaint filed herein. Plaintiff hereby notifies defendants of acceptance of their offer.

    Linda Flint Edge,
    By her Attorney

    s/Yvonne W. Rosmarin
    Yvonne W. Rosmarin  BBO #566428
    Law Office of Yvonne W. Rosmarin
    58 Medford Street
    Arlington, MA 02474
    781-648-4040