UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA FLINT EDGE
    Plaintiff,

v.                                 CIVIL ACTION
                                     NO. 04-12134-DPW

NORFOLK FINANCIAL CORPORATION
and DANIEL W. GOLDSTONE
    Defendant

## JUDGMENT

WOODLOCK, District Judge

  In accordance with [27] Defendant's Offer of Judgement filed on May 11, 2005 and [28] Notice of Acceptance of Offer of Judgement filed on May 17, 2005, it is hereby ORDERED, ADJUDGED AND DECREED:

> **Judgment for the Plaintiff Linda Flint Edge against the Defendants Norfolk Financial Corporation and Daniel W. Goldstone, in the amount of $1,000.00 (inclusive of all interest and costs) plus a reasonable attorney's fee to be determined by the Court.**

                                                  BY THE COURT,

                                                  /s/ Michelle Rynne
                                                  Deputy Clerk

DATED: May 18, 2005