**May 20, 2005**          *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00      Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| 2/13/04 | Assess documents received from client | 0.60 | 195.00 |
| 2/26/04 | Telephone conference with client concerning lawsuit against Norfolk | 0.20 | 65.00 |
| 6/28/04 | Draft letter to Secretary of State requesting corporate information on Norfolk | 0.20 | 65.00 |
| 9/15/04 | Assess additional collection letters for claims | 0.20 | 65.00 |
| 9/15/04 | Draft complaint | 0.60 | 195.00 |
| 9/16/04 | Telephone conference with client concerning information needed for drafting complaint | 0.10 | 32.50 |
| 9/23/04 | Telephone call to client returning her call -- left message on voice mail | 0.10 | No Charge |
| 10/4/04 | Continue draft of complaint; revise | 0.40 | 130.00 |
| 10/4/04 | Research on internet for current licensing of Norfolk Financial as a debt collector with Massachusetts Division of Banks | 0.10 | No Charge |
| 10/5/04 | Edit, revise and proof complaint | 0.50 | 162.50 |
| 10/7/04 | Telephone conference with client concerning L.R. 16.1(D)(3) certification | 0.10 | 32.50 |
| 10/7/04 | Draft L.R. 16.1(D)(3) certification for emailing to client | 0.10 | 32.50 |
| 11/8/04 | Telephone conference with sheriff's office concerning improper service on Goldstone and need to serve him properly | 0.10 | 32.50 |
| 11/8/04 | Draft letter to deputy sheriff's office requesting they re-serve summons and complaint they previously served improperly on Goldstone | 0.20 | 65.00 |
| 11/22/04 | Draft letter to court to file returns of service | 0.10 | No Charge |
| 11/29/04 | Read and assess defendant's motion to dismiss / motion for summary judgment; make notes | 0.80 | 260.00 |
| 11/29/04 | Research on Rooker-Feldman doctrine for opposition to defendant's motion to dismiss | 0.90 | 292.50 |
| 11/30/04 | Telephone call to client concerning defendant's motion to dismiss -- left message on voice mail | 0.10 | No Charge |
| 11/30/04 | Research on Rooker-Feldman doctrine | 1.30 | 422.50 |

**May 20, 2005**       *Edge v. Norfolk Financial Corporation* — 04-12134
                     Hourly Billings for Yvonne W. Rosmarin
                   Hourly Rate - $325.00     Travel @ ½ Hourly Rate

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | for opposition to defendant's motion to dismiss | | |
| 12/1/04 | Telephone calls to client concerning defendant's motion to dismiss -- left messages on voice mail | 0.10 | No Charge |
| 12/1/04 | Telephone conference with client concerning details of what occurred on 1/8/04 when the small claims court case was set for trial | 0.60 | 195.00 |
| 12/2/04 | Research on preclusion and judicial estoppel issues raised in defendants' motion to dismiss | 1.80 | 585.00 |
| 12/2/04 | Telephone conference with client concerning her recollection of events in small claims court on 1/8/04 to compare with defendants' facts | 0.40 | 130.00 |
| 12/2/04 | Telephone call to Atty O'Connor concerning request for additional time to respond to defendant's motion to dismiss -- spoke with his secretary regarding additional time to respond to motion to dismiss | 0.10 | No Charge |
| 12/2/04 | Make notes of ideas for opposition to defendant's motion to dismiss | 0.20 | 65.00 |
| 12/3/04 | Telephone conference with Atty O'Connor concerning plaintiff's request for additional time to respond to defendant's motion to dismiss and O'Connor's suggestion that plaintiff just dismiss case in response to defendants' motion | 0.10 | No Charge |
| 12/3/04 | Draft motion to extend time to respond to defendant's motion to dismiss | 0.30 | 97.50 |
| 12/7/04 | Research on Rooker-Feldman doctrine, issue and claim preclusion, judicial estoppel for opposition to defendant's motion to dismiss | 1.90 | 617.50 |
| 12/8/04 | Research on issue and claim preclusion, judicial estoppel for response to defendant's motion to dismiss | 1.30 | 422.50 |
| 12/9/04 | Research on issue and claim preclusion, judicial estoppel for response to defendant's motion to dismiss | 1.50 | 487.50 |
| 12/10/04 | Research on issues raised in defendant's motion to dismiss for plaintiff's opposition; make notes | 1.90 | 617.50 |
| 12/10/04 | Telephone conference with Boston | 0.30 | 97.50 |

**May 20, 2005**     *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00     Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | Municipal Court ass't clerk magistrate concerning small claims court procedures relating to defendants' arguments in their motion to dismiss / summary judgment | | |
| 12/13/04 | Telephone conference with client concerning factual details of contents of defendants' affidavit attached to their motion to dismiss | 0.10 | 32.50 |
| 12/13/04 | Research on judicial estoppel and issue and claim preclusion for opposition to defendant's motion to dismiss; make notes | 1.20 | 390.00 |
| 12/14/04 | Assess holdings and facts in cases researched for opposition to defendant's motion to dismiss; assess defendants' arguments in light of case holdings and compare factual situations | 2.90 | 942.50 |
| 12/15/04 | Research on FDCPA issues regarding disclosure of balances in collection letters for opposition to defendant's motion to dismiss | 1.40 | 455.00 |
| 12/15/04 | Outline responses to defendants' arguments in motion to dismiss | 0.60 | 195.00 |
| 12/16/04 | Continue outline of responses to defendants' arguments in motion to dismiss | 1.90 | 617.50 |
| 12/17/04 | Assess facts as stated in Defendants' affidavits and statement of undisputed facts | 0.70 | 227.50 |
| 12/17/04 | Telephone call to client concerning factual details in Defendant's motion to dismiss / for summary judgment -- left message on voice mail | 0.10 | No Charge |
| 12/17/04 | Draft factual background for opposition to Defendant's motion to dismiss / for summary judgment | 1.40 | 455.00 |
| 12/18/04 | Calculate rate by which balances in collection letters increase; prepare table of changes in balances for plaintiff's opposition; draft opposition to defendants' motion to dismiss / for summary judgment | 1.90 | 617.50 |
| 12/19/04 | Draft opposition to Defendant's motion to dismiss / for summary judgment | 0.60 | 195.00 |
| 12/20/04 | Telephone conference with client concerning facts in Defendants' affidavits, her memory of what | 0.20 | 65.00 |

**May 20, 2005**     *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00     Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | occurred | | |
| 12/20/04 | Assess defendants' statement of unopposed facts; draft plaintiff's R. 56.1 statement of material facts; continue draft of opposition to Defendant's motion to dismiss / for summary judgment | 3.10 | 1007.50 |
| 12/21/04 | Draft R. 56(f) affidavit of Atty Rosmarin; draft opposition to Defendant's motion to dismiss / for summary judgment; edit and revise | 2.90 | 942.50 |
| 12/21/04 | Draft plaintiff's affidavit | 0.60 | 195.00 |
| 12/21/04 | Telephone conference with client concerning her affidavit | 0.20 | 65.00 |
| 12/22/04 | Edit and revise opposition to Defendant's motion to dismiss / for summary judgment; proof | 1.90 | 617.50 |
| 12/22/04 | Telephone conference with Atty O'Connor concerning request for defendants' assent to motion to file Plaintiff's opposition to Defendants' motion to dismiss one day late due to illness | 0.10 | No Charge |
| 1/11/05 | Telephone call from Atty O'Connor concerning his proposal to settle federal case for cancellation of debt (without payment of attorney's fees or costs) | 0.10 | 32.50 |
| 1/11/05 | Telephone call to client concerning conference with Atty O'Connor concerning his proposal to settle federal case -- left message on voice mail | 0.10 | No Charge |
| 1/12/05 | Telephone conference with client concerning settlement offer from Atty O'Connor, probabilities of success on motion to dismiss in federal court | 0.20 | 65.00 |
| 1/28/05 | Assess requirements of order on scheduling conference received today and determine deadline dates for steps prior to Scheduling Conference | 0.10 | 32.50 |
| 1/28/05 | Assess appropriate amount to recommend to client as a L.R. 16.1(C) settlement offer as required by scheduling order | 0.50 | 162.50 |
| 1/28/05 | Draft message to Atty O'Connor asking whether Defendants' answer has actually ever been filed | 0.10 | No Charge |
| 1/31/05 | Draft letter with settlement offer; proof; revise | 0.50 | 162.50 |
| 2/2/05 | Telephone conference with Atty | 0.10 | 32.50 |

**May 20, 2005**        *Edge v. Norfolk Financial Corporation* — 04-12134
Hourly Billings for Yvonne W. Rosmarin
Hourly Rate - $325.00     Travel @ ½ Hourly Rate

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| 2/2/05 | O'Connor concerning Scheduling Conference Telephone call to judge's clerk, Richard Nici, concerning rescheduling Scheduling Conference due to surgery -- left message on voice mail | 0.10 | No Charge |
| 2/4/05 | Telephone conference with judge's clerk, Michelle Rynne, concerning rescheduling Scheduling Conference | 0.10 | 32.50 |
| 2/4/05 | Telephone discussion with Atty O'Connor's secretary concerning new date for Scheduling Conference, assented to motion to change the date | 0.10 | No Charge |
| 2/4/05 | Draft motion to reset Initial Scheduling Conference; convert to PDF for electronic filing; draft message for sending draft motion to Atty O'Connor for approval before filing | 0.30 | 97.50 |
| 3/16/05 | Assess whether any of plaintiff's additional documents should be included in her Initial Disclosures | 0.20 | 65.00 |
| 3/16/05 | Telephone conference with Atty O'Connor concerning terms for parties' joint statement for Scheduling Conference | 0.10 | 32.50 |
| 3/16/05 | Draft parties' joint statement for Scheduling Conference | 0.20 | 65.00 |
| 3/16/05 | Draft plaintiff's Initial Disclosures | 0.40 | 130.00 |
| 3/16/05 | Telephone call to client concerning cost information needed for Initial Disclosures | 0.10 | No Charge |
| 3/16/05 | Draft message to Atty O'Connor to send with draft of Joint Statement | 0.10 | No Charge |
| 3/21/05 | Telephone call to Atty O'Connor concerning his email requesting additional language be put into Joint Statement -- left message on voice mail | 0.10 | No Charge |
| 3/21/05 | Telephone conference with Atty O'Connor concerning provision in Joint Statement regarding discovery period | 0.10 | 32.50 |
| 3/21/05 | Revise Joint Statement to comply with Atty O'Connor's request on discovery provisions; draft message to send with draft of Joint Statement requesting his permission to sign for him and file | 0.10 | 32.50 |
| 3/21/05 | Telephone call to client concerning | 0.10 | No Charge |

**May 20, 2005**  *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00     Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | additional information needed from her for Initial Disclosures -- left message on voice mail | | |
| 3/21/05 | Telephone conference with client concerning information needed for Initial Disclosures | 0.10 | 32.50 |
| 3/21/05 | Finish draft of Initial Disclosures; proof; make changes | 0.10 | 32.50 |
| 3/23/05 | Prepare for Scheduling Conference | 0.30 | 97.50 |
| 3/24/05 | Travel to/from court for Scheduling Conference @ 1/2 hourly rate | 2.00 | 325.00 |
| 3/24/05 | Appear in Court for Scheduling Conference; make notes | 0.40 | 130.00 |
| 3/25/05 | Draft notes from Scheduling Conference for file | 0.20 | 65.00 |
| 4/6/05 | Read and assess applicability of Supreme Court decision in *Exxon Mobil* case to Defendants' motion to dismiss | 1.00 | 325.00 |
| 4/6/05 | Telephone call to Atty O'Connor concerning Supreme Court decision in *Exxon Mobil* case, intent to submit case as additional authority, whether defendants wish to settle, given new case -- left message on voice mail | 0.10 | No Charge |
| 4/6/05 | Draft letter to the Court submitting additional authority of Supreme Court decision in *Exxon Mobil* case | 0.70 | 227.50 |
| 4/7/05 | Draft message to Atty O'Connor regarding settlement opportunity due to Supreme Court's recent decision in *Exxon Mobil* case | 0.10 | No Charge |
| 4/11/05 | Draft letter to Atty O'Connor responding to his April 8 letter regarding plaintiff's submission of additional authority to the Court | 0.20 | No Charge |
| 4/28/05 | Telephone conference with Atty O'Connor concerning his request for assent to motion to supplement the record with documents regarding client's motion to vacate small claims court judgment | 0.10 | 32.50 |
| 5/2/05 | Assess motion for leave to supplement the record filed by defendants; draft message to Atty O'Connor regarding content of motion and lack of plaintiff's assent to content | 0.10 | 32.50 |
| 5/3/05 | Draft response to defendants' | 1.70 | 552.50 |

**May 20, 2005**     *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00     Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | motion to supplement the record | | |
| 5/3/05 | Prepare for oral argument on defendants' motion to dismiss -- re-read significant cases and memoranda and other filings on motion | 1.30 | 422.50 |
| 5/3/05 | Continue preparation for oral argument on defendants' motion to dismiss -- re-read significant cases and memoranda and other filings on motion | 1.20 | 390.00 |
| 5/4/05 | Prepare for oral argument on defendants' motion to dismiss - outline plaintiff's argument | 0.60 | 195.00 |
| 5/4/05 | Travel to/from court for oral argument on defendants' motion to dismiss @ 1/2 hourly rate | 1.40 | 227.50 |
| 5/4/05 | Appear in Court for oral argument on defendants' motion to dismiss | 0.30 | 97.50 |
| 5/4/05 | Draft notes of court's decision on defendants' motion to dismiss | 0.20 | 65.00 |
| 5/6/05 | Assess information and documents needed by way of written discovery requests before defendants' depositions | 1.50 | 487.50 |
| 5/6/05 | Draft Plaintiff's first discovery requests to Norfolk | 1.60 | 520.00 |
| 5/9/05 | Continue draft of plaintiff's first discovery requests to Norfolk; proof and revise | 2.90 | 942.50 |
| 5/10/05 | Draft Plaintiff's first discovery requests to defendant Goldstone | 0.40 | 130.00 |
| 5/10/05 | Draft exhibits to deposition notice | 0.90 | 292.50 |
| 5/11/05 | Continue draft of exhibits to Norfolk deposition notice | 1.40 | 455.00 |
| 5/12/05 | Assess Defendants' offer of judgment in light of plaintiff's costs and defendants' strategy | 0.50 | 162.50 |
| 5/16/05 | Telephone conference with client concerning offer of judgment, what it means, what acceptance and rejection of offer of judgment mean | 0.20 | 65.00 |
| 5/16/05 | Draft plaintiff's acceptance of defendants' offer of judgment | 0.10 | No Charge |
| 5/16/05 | Draft requests to Attorneys John Roddy and Edwin Smith for declarations in support of plaintiff's fee petition with case information | 0.20 | 65.00 |
| 5/16/05 | Update and revise declaration of Atty Rosmarin for fee petition | 0.50 | 162.50 |
| 5/16/05 | Draft fee petition | 0.30 | 97.50 |
| 5/16/05 | Research on support for plaintiff's | 0.50 | 162.50 |

**May 20, 2005**     *Edge v. Norfolk Financial Corporation* — 04-12134
**Hourly Billings for Yvonne W. Rosmarin**
**Hourly Rate - $325.00     Travel @ ½ Hourly Rate**

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| | fee petition | | |
| 5/16/05 | Research on cases to support plaintiff's fee petition | 0.80 | 260.00 |
| 5/17/05 | Assess time sheets; apply billing judgment; reduce time accordingly and revise | 1.30 | 422.50 |
| 5/17/05 | Draft memorandum in support of plaintiff's fee petition | 0.80 | 260.00 |
| 5/17/05 | Telephone conference with Atty Edwin Smith's assistant, Jake Sullivan, concerning logistics for obtaining Smith's declaration in support of plaintiff's fee petition | 0.10 | 32.50 |
| 5/17/05 | Prepare time report for attachment to fee petition | 0.30 | 97.50 |
| 5/20/05 | Draft portions of plaintiff's memorandum in support of her fee petition | 1.00 | 325.00 |
| 5/23/05 | Revise portions of memorandum in support of attorney's fees | 0.60 | 195.00 |
| 5/25/05 | Continue draft of portions of memorandum in support of fee petition | 0.50 | 162.50 |
| 5/27/05 | Continue draft of memorandum in support of plaintiff's fee petition | 0.70 | 227.50 |
| 5/31/05 | Revise memorandum in support of plaintiff's fee petition | 0.20 | 65.00 |
| **Total** | | 68.90 | 22197.50 |

**TOTAL Hours –     72.2**
**Total Billable Hours – 70**
     66.6 Hrs. @ $325 / hr. =     $21,645.00
     3.4 Hrs. @ $162.50 / hr. =         552.50
**Total Fees  =                     $22,197.50**