IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK FINANCIAL CORPORATION )<br>and DANIEL W. GOLDSTONE, )<br>    Defendants. ) | No.   04-12134  DPW |

## DECLARATION OF YVONNE W. ROSMARIN AS TO ADDITIONAL TIME

Yvonne W. Rosmarin declares under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the time records attached hereto as Exhibit 1 and incorporated herein are the actual additional time spent working on this case, less time that I have, in the exercise of billing judgment, deducted to account for any duplication of efforts, inefficiency and/or billing errors. These records were contemporaneously kept and generated using Timeslips software, a computerized time and billing program and do not include non-legal tasks, such as filing and copying.  The attorney's fees requested herein are reasonable and were necessary to litigation in this matter.

Executed at Arlington, Massachusetts on June 27, 2005

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin

**June 27, 2005**   *Edge v. Norfolk Financial Corporation — 04-12134 DPW*
ADDITIONAL Hourly Billings for Yvonne W. Rosmarin
Hourly Rate - $325.00    Travel @ ½ Hourly Rate

| Date | Description | Time Spent | Billable |
|---|---|---|---|
| 6/15/05 | Assess defendants' opposition to plaintiff's petition for attorney's fees and supporting documentation; make notes | 1.80 | 585.00 |
| 6/15/05 | Telephone call to Atty O'Connor concerning plaintiff's request for consent to a motion for leave to file a reply to defendants' opposition to plaintiff's petition for attorney's fees | 0.10 | No Charge |
| 6/16/05 | Draft motion for leave to reply to defendants' opposition to plaintiff's fee petition | 0.20 | 65.00 |
| 6/16/05 | Outline issues for reply to defendants' opposition to plaintiff's fee petition | 0.90 | 292.50 |
| 6/16/05 | Draft additional declaration of Atty Rosmarin in reply to defendants' opposition to plaintiff's fee petition | 1.90 | 617.50 |
| 6/16/05 | Draft plaintiff's reply to defendants' opposition to plaintiff's fee petition | 1.10 | 357.50 |
| 6/17/05 | Continue draft of plaintiff's reply to defendants' opposition to plaintiff's fee petition | 4.60 | 1495.00 |
| 6/20/05 | Telephone conference with Ward Bower, consultant from Altman Weil, concerning components of average billing rates and yields | 0.20 | 65.00 |
| 6/20/05 | Continue draft of plaintiff's reply to defendants' opposition to plaintiff's fee petition; revise | 4.50 | 1462.50 |
| 6/21/05 | Proof plaintiff's reply to defendants' opposition to plaintiff's fee petition | 0.50 | No Charge |
| 6/23/05 | Draft message to Atty O'Connor responding to his request for assent on motion to file surreply on plaintiff's petition for attorney's fees | 0.10 | No Charge |
| 6/27/05 | Assess Defendants' motion for leave to file surreply and surreply | 0.20 | No Charge |
| 6/27/05 | Draft opposition to Defendants' motion for leave to file surreply on plaintiff's petition for attorney's fees | 0.20 | No Charge |
| **Total ADDITIONAL Hours** | | 16.30 | 4940.00 |

**Exhibit 1**

**TOTAL ADDITIONAL Hours – 16.3**
**Total ADDITIONAL Billable Hours – 15.2**

**Total ADDITIONAL Fees – 15.2 Hrs @ $325/hr. = $4,940.00**

**Exhibit 1**