IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE,<br>    Plaintiff,<br><br>v.<br><br>NORFOLK FINANCIAL CORPORATION<br>and DANIEL W. GOLDSTONE,<br>    Defendants. | )<br>)<br>)<br>)   No.   04-12134 DPW<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR LEAVE TO FILE BRIEF SURREPLY, AND SURREPLY TO
PLAINTIFF'S PETITION FOR ATTORNEY'S FEES**

The Plaintiff opposes Defendants' motion / surreply on the following grounds:

1.    Plaintiff's reply to Defendants' opposition to her attorney's fee petition raised no new issues outside those raised in Defendants' opposition. Defendants had a full opportunity to oppose Plaintiff's fee petition and offer support therefor in their opposition previously filed.

2.    The motion / surreply filed by Defendants contains nothing new of any relevance to Plaintiff's fee petition. Like their opposition, it contains factual inaccuracies[1] and erroneous and imagined presumptions that would require another memorandum and declaration to fully address. Should the Court so desire, Plaintiff would certainly be willing to provide a response.

WHEREFORE, Plaintiff respectfully requests this Court deny Defendants' motion.

Dated: June 27, 2005

                                                s/Yvonne W. Rosmarin
                                               Yvonne W. Rosmarin  BBO #566428
                                               Law Office of Yvonne W. Rosmarin
                                               58 Medford Street
                                               Arlington, MA 02474
                                               781-648-4040

---

[1]    *E.g.*, Defendants' description of Plaintiff's counsel as merely local counsel on *Martin v. Sands* is incorrect. Plaintiff's counsel served as co-counsel, not local counsel, on that case and spent 299.4 hours working on that case between February, 1998 and January, 2001. Plaintiff's counsel has ***never*** served as merely local counsel on ***any*** case.