Case 1:04-cv-12134-DPW   Document 44-2   Filed 10/04/2005   Page 1 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA FLINT EDGE, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. | 04-12134  DPW |
| ) | | |
| NORFOLK FINANCIAL CORPORATION ) | | |
| and DANIEL W. GOLDSTONE, ) | | |
| Defendants. ) | | |

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff respectfully requests that the Court enter the proposed final judgment in this case. In support of this motion, Plaintiff states as follows:

1. On May 18, 2005, after Plaintiff's acceptance of Defendants' offer of judgment, the Court entered a judgment against Defendants in the amount of $1,000.00 (inclusive of all interest and costs) plus a reasonable attorney's fee to be determined by the Court.

2. By Memorandum and Order of August 29, 2005, filed on August 30, 2005, the Court awarded Plaintiff attorney's fees of $15,490.00 plus interest calculated from May 18, 2005.

3. The Court's August 29 Memorandum and Order consists of 23 pages and does not contain the judgment against Defendants for the amount entered on May 18 on Defendants' offer of judgment.

4. In the interest of simplicity and having the final judgment on one page, Plaintiff requests that the Court enter the Proposed Order attached as **Exhibit 1**.

WHEREFORE, Plaintiff respectfully requests that this Court enter the attached proposed

2

final judgment in this case

                                                    Respectfully submitted,
                                                    Attorney for the Plaintiff

                                                    s/Yvonne W. Rosmarin
                                                    Yvonne W. Rosmarin  BBO #566428
                                                    Law Office of Yvonne W. Rosmarin
                                                    58 Medford Street
                                                    Arlington, MA 02474
                                                    781-648-4040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE,        )<br>        Plaintiff,        )<br>                                )<br>v.                                )<br>                                )<br>NORFOLK FINANCIAL CORPORATION )<br>and DANIEL W. GOLDSTONE,        )<br>        Defendants.        ) | No.   04-12134  DPW |

## PROPOSED FINAL JUDGMENT

In accordance with Defendants' Offer of Judgment filed on May 11, 2005, Plaintiff's Notice of Acceptance of Offer of Judgment filed on May 17, 2005, this Court's Judgment entered on May 18, 2005 and this Court's Memorandum and Order filed on August 30, 2005, it is hereby ORDERED, ADJUDGED AND DECREED:

Judgment is entered for the Plaintiff, Linda Flint Edge, against the Defendants, Norfolk Financial Corporation and Daniel W. Goldstone, in the amount of:

1. $1,000.00 (inclusive of all interest and costs); and

2. Attorney's fees of $15,490.00, subject to interest pursuant to 28 U.S.C. § 1961

calculated from May 18, 2005 until the date the award is paid.


Dated: _____        Entered: _____
                                            Douglas P. Woodlock
                                            United States District Judge


**Exhibit  1**