IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE,  )  <br>  Plaintiff,  )  <br> ) <br> v.  ) <br> ) <br> NORFOLK FINANCIAL CORPORATION  ) <br> and DANIEL W. GOLDSTONE,  ) <br>  Defendants.  ) | No.   04-12134  DPW |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

The Plaintiff, Linda Flint Edge, by her attorney, moves this Court pursuant to Local Rule 7.1(B)(3) for leave to file *instanter* a memorandum in reply to Defendants' opposition to Plaintiff's Motion for Entry of Final Judgment. In support of this motion, Plaintiff states as follows:

1. On October 4, 2005, Plaintiff filed a Motion for Entry of Final Judgment and on October 5, 2005, Defendants filed their opposition thereto.

2. Defendants' Opposition raises matters irrelevant to Plaintiff's motion and makes incorrect factual statements, which Plaintiff needs to address very briefly.

3. Plaintiff's filing of a reply *instanter* would not delay the resolution of this motion.

WHEREFORE, Plaintiff respectfully requests this Court to allow her to file *instanter* the reply accompanying this motion.

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin  BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

2

## CERTIFICATE

      Yvonne W. Rosmarin, attorney for the Plaintiff, hereby certifies that counsel for the Plaintiff has attempted in good faith to confer with counsel for the Defendants to obtain assent to this motion, but Defendants' counsel has not responded.

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin