UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE<br>　　　　Plaintiff<br><br>v.<br><br>NORFOLK FINANCIAL CORPORATION<br>and DANIEL W. GOLDSTONE<br>　　　　Defendant | CIVIL ACTION NO. 04-12134 DPW |

**DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO REPLY**

The defendants oppose the Plaintiff's Motion for Leave to Reply. In support of this Opposition, the defendants state as follows:

1. For the second time in a row, plaintiff's counsel has filed a motion without complying with Local Rule 7.1. Plaintiff's counsel filed her motion when defense counsel was preoccupied with a conference and unable to speak to plaintiff's counsel. The purported "certification" concedes as much.

2. The plaintiff's reply is futile. It is an unsworn argument that is not responsive to the sworn evidence in the defendants' verified opposition. Indeed, the reply does not deny the truth of the defendants' sworn evidence. In place of sworn evidence, plaintiff's counsel has offered only her own self-serving letters, which contain false statements. (See October 6, 2005 letter of John O'Connor attached as Exhibit A.)

For all of the foregoing reasons, the Plaintiff's Motion for Leave to File a Reply should be denied.

NORFOLK FINANCIAL CORPORATION and
DANIEL W. GOLDSTONE

By their attorney,

_/s/ John J. O'Connor_
John J. O'Connor
BBO # 555251
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated:  October 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing by first class mail on the following:

Yvonne W. Rosmarin, Esq.
58 Medford Street
Arlington, MA  02474

Dated:  October 7, 2005

_/s/ John J. O'Connor_
John J. O'Connor

624080_1