**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA   PROVIDENCE, RI

JOHN J. O'CONNOR
[617] 951-2077
joconnor@peabodyarnold.com

October 6, 2005

Yvonne W. Rosmarin, Esq.
58 Medford Street
Arlington, MA  02474

Re:   <u>Edge v. Commonwealth Receivables, Inc.</u>

Dear Yvonne:

As you and I both know, I <u>never</u> told you that Norfolk would waive post-judgment interest on the Small Claims judgment against your client, and you <u>never</u> made your agreement to waive post-judgment interest in the federal action contingent on such a promise.  You unqualifiedly waived post-judgment interest because, as you acknowledged, you and your client were slow in responding to my overtures about resolving the federal and state matters together.  The <u>only</u> reason interest is an issue at all now is because you/your client dragged your feet.  If you had responded promptly, you would have been paid right away.  By reneging on your agreement, you are attempting to take advantage of a delay you created.

You made a promise Yvonne.  Please have the decency to honor it.

By the way, I was in a client meeting all day and emerged to find that you had filed <u>another</u> motion without consulting me.  I would appreciate it if you would comply with Local Rule 7.1 in the future.

Very truly yours,

*[signature]*
John J. O'Connor

JJO/dg
624034_1
14851-90770