IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA FLINT EDGE, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>NORFOLK FINANCIAL CORPORATION )<br>and DANIEL W. GOLDSTONE, )<br>    Defendants. ) | No.   04-12134  DPW |

## SATISFACTION OF JUDGMENT

    Plaintiff acknowledges that the judgment of May 18, 2005 and fee award of August 29, 2005 have been paid in full.

                                                                                s/Yvonne W. Rosmarin
                                                                                Yvonne W. Rosmarin  BBO #566428
                                                                                Law Office of Yvonne W. Rosmarin
                                                                                58 Medford Street
                                                                                Arlington, MA 02474
                                                                                781-648-4040